# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DARLENE C. BALISTRERI-AMRHEIN,<br><br>　　Plaintiff,<br><br>v.<br><br>UNIVERSAL INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§　Civil Action No. 4:21-cv-224-ALM-KPJ<br>§<br>§<br>§<br>§<br>§<br>§ |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #87), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

In the Report, the Magistrate Judge recommended that Plaintiff Darlene C. Balisteri-Amrhein's ("Plaintiff") lawsuit be dismissed without prejudice for failure to comply with the terms of a pre-filing injunction issued against her. Plaintiff filed Objections to the Report (Dkts. #94, #95).

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge.  Accordingly, Plaintiff's Objections (Dkts. #94, #95) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's lawsuit is **DISMISSED**.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

**SIGNED this 12th day of January, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE